Robert A. Warmington, Esq.
421 West Main Street
Boonton, N.J. 07005
Tel: 973-227-8858
Fax: 973-227-8860
ATTORNEY FOR DEFENDANT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXEY ZAPOLSKY,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CRIMINAL #: 08-821 (FSH)<br><br>**CONSENT ORDER**<br>**REGARDING TRAVEL** |

This matter having been opened to the Court by Robert A. Warmington, Esq., attorney for defendant, Alexey Zapolsky, and with the consent of Assistant United States Attorney Lee Vartan, and for good cause shown;

It is on this 8th day of January, 2009;

ORDERED that defendant, Alexey Zapolsky, shall be permitted to travel to 785 Ocean Parkway, Apt. 2H, Brooklyn, New York and the Sarmish Café, 1162 Coney Island Avenue, Brooklyn, New York on Sunday, January 11, 2009 leaving his residence in Lincoln Park, New Jersey at 1:00 p.m. and returning to his residence by 11:00 p.m., for the purpose of attending the birthday celebration of his paternal grandmother, Ida Zapolskaya, and; it is

FURTHER ORDERED that his third-party custodian, Tatyana Zapolsky, shall be present with him on said occasion.

FAITH S. HOCHBERG, U.S.D.J.