Robert A. Warmington, Esq.
421 West Main Street
Boonton, N.J. 07005
Tel: 973-227-8858
Fax: 973-227-8860
ATTORNEY FOR DEFENDANT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXEY ZAPOLSKY,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CRIMINAL #: 08-821 (FSH)<br><br>**CONSENT ORDER<br>REGARDING TRAVEL** |

This matter having been opened to the Court by Robert A. Warmington, Esq., attorney for defendant, Alexey Zapolsky, and with the consent of Assistant United States Attorney Lee Vartan, and for good cause shown;

It is on this __5th__ day of May, 2009;

ORDERED that on May 9, 2009, defendant, Alexey Zapolsky, shall be permitted to leave his residence in Lincoln Park, New Jersey to travel to 1314 Ocean Parkway, Apt. 3A, Brooklyn, New York and 785 Ocean Parkway, Apt. 2H, Brooklyn, New York; the homes of his maternal and paternal grandmothers; and the Sarmish Café, 1162 Coney Island Avenue, Brooklyn, New York for the purpose of participating in a Mother's Day celebration with his family, and shall return to his residence in Lincoln Park not later than 11:00 p.m. on that date, and; it is

FURTHER ORDERED that his mother and third-party custodian, Tatyana Zapolsky, shall be present with him on said occasion.

_____
FAITH S. HOCHBERG, U.S.D.J.