UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Criminal No. 08-821 (FSH) |
| ALEXEY ZAPOLSKY | : | <u>DENATURALIZATION ORDER</u> |

This matter having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Lee Vartan, Assistant U.S. Attorney), for an order denaturalizing the defendant, Alexey Zapolsky, following his conviction on October 5, 2009 for, among other things, violating Title 18, United States Code, Section 1425(a):

IT IS HEREBY ORDERED pursuant to Title 8, United States Code, Section 1451(e), that the Certificate of Naturalization number 27526576 issued to Alexey Zapolsky on January 15, 2004 is hereby revoked, set aside, and cancelled.

IT IS FURTHER ORDERED that the final order admitting Alexey Zapolsky to citizenship is declared void, and Alexey Zapolsky is hereby denaturalized as a citizen of the United States.

10/20/09

_____
HON. FAITH S. HOCHBERG
United States District Judge